FILED - USDC -NH
2022 SEP 1 AM 11:17

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Brenda Towne

Plaintiff

vs. CIVIL ACTION NO.

William Gardner,

David Scanlan,

136 New Hampshire township clerks, in their official and private capacity,

Harri Hursti,

LHS Associates

Defendants

COMPLAINT FOR DECLARATORY AND

**EMERGENCY INJUNCTIVE RELIEF**

Evidence destruction date 9/3/22

DEMAND FOR JURY TRIAL

1. Plaintiff – Brenda Towne, 23 Sunset Rd, East Wakefield, NH.

2. **Defendant** William Gardner who has held the title of New Hampshire Secretary of State for 46 years, making him the longest serving Secretary of State in the nation's history. 107 North Main Street Room 204, Concord, NH 03301.

3. **Defendant** David Scanlan who is currently the acting New Hampshire Secretary of State and who previously was the New Hampshire Deputy Secretary of State for the past 20 years, in his official capacity. 107 North Main Street Room 204, Concord, NH 03301.

4. **Defendant** Harri Hursti a world-renowned election machine hacker. Featured in multiple documentaries including "Hacking Democracy" showcasing his expertise in compromising optical scanning machines identical those used in New Hampshire in the 2020 election. 237 E. 10th St. Apt 7B, New York, NY 10003.

5. **Defendant** LHS Associates is a company contracted by the New Hampshire Secretary of State and/or the New Hampshire town clerks to be the custodian responsible for managing all election records and papers which come into their "possession" relating to any application, registration, payment of poll tax, or other act requisite to voting in such election, except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State [...] designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.10 Manor

Park Way, Salem. NH 03079.

6. **Defendant Clerks** As defined as the "position holder" of town clerk from the election in November 2020 through September 3, 2022 of the townships in the State of New Hampshire, in their official capacity. The list below is a representative list but may not be all inclusive of those holding the position during the 22 month evidence requirements window:

| | |
|---|---|
| Deborah Ziemba | 7 Atwell Hill Rd, Wentworth,NH 03282 |
| Donna Decotis | 10 Central Rd, Rye, NH 03870 |
| Nicole Merrill | 3 N Lowell Rd, Windham, NH 03087 |
| Jodi Scanlan | 780 Rte 63, Westmoreland, NH 03467 |
| Debbie Deaton | 661 Turnpike Rd, New Ipswich, NH 03071m |
| | |
| Lisa Claire | 3 Market Pl, Hollis NH 03049 |
| Lauralei Knight | 30 Payson Hil Rd, Rindge, NH 03461 |
| Jane Farrell | 42 Main St, Wilton, NH 03086 |
| Kathleen Pelissier | 16 School St, Allenstown, NH 03275 |
| Lisa Noyes | 1 Monument Sq, Alton, NH 03809 |
| Nancy Demers | 2 Main St., Amherst, NH 03031 |
| Diane Chauncey | 66 Main St., Antrim,NH 03440 |
| Patricia Tucker | 20 Highland St., Ashland, NH 03217 |
| Julianna Hale | 21 Academy Ave, Atkinson, NH 03811 |
| Kathleen Sylvia | 47 Chester Rd., Auburn,NH 03032 |

| | |
|---|---|
| Jessie Fifield | 108 S Barnstead Rd, Center Barnstead, NH 03225 |
| Kimberly A. Kerekes | 333 Calef Hwy, Barrington,NH 038255 |
| Cheryl Neally | 56 Town Hall Rd, Intervale, NH 03845 |
| Sally Kellar | 24 N Amherst Rd, Bedford, NH 03110 |
| Cynthia Deroy | 143 Main St., Belmont, NH 03220 |
| Shelli Fortin | 168 Main St, Berlin, NH 03570 |
| Mary Jackson | 2155 Main St, Bethlehem, NH 03574 |
| Nicole Hoyt | 12 High St, Boscawen, NH 03303 |
| Mridula Naik | 10 Grandview Rd, Ste 2, Bow, NH 03304 |
| Erica Gross | 75 W Main St, Bradford, NH 03221 |
| Daphne Woss | 1 Dalton Rd, Brentwood, NH 03833 |
| Raymah Simpson | 230 Lake St Ste A, Bristol, NH 03222 |
| Patricia Howard-Barnett | 1 Main St, Brookline, NH 03033 |
| Hannah Joyce | 12 Gearty Way, Campton, NH 03223 |
| Vicky J.McAlister | 1169 Us Route 4, Canaan, NH 03741 |
| Donna Hetzel | 74 High St, Candia, NH 03034 |
| Sam Papps | 10 Hackleboro Rd, Canterbury, NH 03224 |
| Rebecca Pederson | 92 School St, Whitefield, NH 03598 |
| Patricia Chaffee | 233 Main St, Charlestown, NH 03603 |
| Liz Lufkin | 84 Chester St, Chester, NH 03036 |
| Gwendolyn R. Melcher | 58 Opera House Sq, Claremont, NH 03743 |
| Janice Bonenfant | 41 Green St Ste 2, Concord, NH 03301 |

| | |
|---|---|
| Louise Inkell | 1634 E Main St, Center Conway, NH 03813 |
| Chris Tracy | 210 Main St, Danville, NH 03819 |
| Kelly Roberts | 8 Raymond Rd, Deerfield,NH 03037 |
| Daniel Healey | 14 Manning St, Derry, NH 03038 |
| Susan Mistretta | 288 Central Ave Ste 1, Dover, NH 03820 |
| Judy C. Marcou | 75 Hill Rd, Dummer, NH 035588 |
| Lorrie Pitt | 8 Newmarket Rd, Durham, NH 03824 |
| Barbara A. Clark | 24 Depot St, East Kingston, NH 03827 |
| Sandy Romano | 23 Main St, Enfield, NH 03748 |
| Erika Robinson | 157 Main St, Epping, NH 03042 |
| Laura Scearbo | 940 Suncook Valley Hwy, Epsom, NH 03234 |
| Andrea Kohler | 10 Front St, Exeter, NH 03833 |
| Rebecca Dickie | 356 Main St, Farmington, NH 03835 |
| Heidi Wood | 13 Templeton Turnpik E, Fitzwilliam, NH 03447 |
| Michelle Stanyan | 21 Summer St, Northfield, NH 03276 |
| Nicole Cloutier | 295 Main St, Fremont, NH03044 |
| Danielle LaFond | 47 Cherry Valley Rd, Gilford, NH 03249 |
| Maura Thomas | 503 Province Rd, Gilmanton, NH 03237 |
| Cathy Ball | 16 Main St, Goffstown, NH 03045 |
| Carol Porter | 20 Park St, Gorham, NH 03581 |
| Bonnie Haubrich | 7 Library Rd, Grafton, NH 03240 |
| Kenneth Story | 300 Rte 10 S, Grantham, NH 03753 |

| | |
|---|---|
| Marguerite Morgan | 11 Town Sq. Greenland, NH 03840 |
| Patricia Curran | 11 Main St, Hampstead, NH 03841 |
| Shirley Doheny | 100 Winnacunnet Rd, Hampton, NH 03842 |
| Stephanie Grant | 1 Drinkwater Rd, Hampton Falls, NH 03844 |
| Betsy MCClain | 41 S Main St, Hanover, NH 03755 |
| Kimberly I. Johnson | 2 Depot Hill Rd, Henniker, NH 03242 |
| Deborah J. MCDonald | 29 School St, Hillsborough, NH 03244 |
| Todd Ranier | 35 Main St, Hooksett, NH 03106 |
| Carol Harless | 330 Main St, Contoocook, NH 03229 |
| Roger Ordway | 12 School St Ste 1, Hudson, NH 03051 |
| Kelly Rollins | 10 Goodnow St, Jaffrey, NH 03452 |
| Patricia Little | 3 Washington St, Keene, NH 03431 |
| Sarah Wiggin | 95 Amesbury Rd, Kensington, NH 03833 |
| Tammy Bakie | 163 Main St, Kingston, NH 03848 |
| Cheryl Hebert | 45 Beacon St. E, Laconia, NH 03246 |
| Kristin Kenniston | 51 N Park St, Lebanon, NH 03766 |
| Linda Reinhold | 7 Mast Rd, Lee, NH 03861 |
| Kristyn Brophy | 148 Main St, Lincoln, NH 03251 |
| Theresa Briand | 2 Liberty Way, Litchfield, NH 03052 |
| Judith F. White | 125 Main St Ste 200, Littleton, NH 03561 |
| Sherry Farrell | 268a Mammoth Rd, Londonderry, NH 03053 |
| Ashley Simonds | 29 S Village Rd, Loudon, NH 03307 |

| | |
|---|---|
| Lisa Amarosa | 13 Town Hall Rd, Madbury, NH 03823 |
| Michael R. Brooks | 1923 Village Rd, Madison, NH 03849 |
| Matthew Normand | 1 City Hall Plz, Manchester, NH 03101 |
| Ellen J. Orkins | 236 Main St, Marlborough, NH 03455 |
| Kerri A. Parker | 41 Main St., Meredith, NH 03253 |
| Diane Trippett | 6 Baboosic Lake Rd, Merrimack, NH 03054 |
| Janelle Guarino | 182 Kings Hwy, Middleton, NH 03887 |
| Cynthia Woodward | 20 Bridge St, Milan, NH 03588 |
| Joan Dargie | 1 Union Sq, Milford, NH 03055 |
| Melissa Viel | 424 White Mountain Highway, Milton, NH 03851 |
| Belinda Yeaton | 2 South Main St, Mount Vernon, NH 03057 |
| Julia Marchand | 6 Holland St, Moultonborough, NH 03254 |
| Susan Lovering | 229 Main St Ste 102, Nashua, NH 03060 |
| Kimberly I. Colbert | 7 Meetinghouse Hill Rd, New Boston, NH 03070 |
| Shannon Feger | 4 Main St, New Durham, NH 03855 |
| Regina Adams | 6 Pinnacle Hill Rd, New Hampton, NH 03256 |
| Will Kidder | 375 Main St, New London, NH 03257 |
| Linda Plunkett | 937 Rte 103, Newbury, NH 03255 |
| Sue Mckinnon | 65 Main St, Newfields, NH 03856 |
| Laura Coleman | 205 Nimble Hill Rd, Newington, NH 03801 |
| Terri Littlefield | 186 S Main St, Newmarket, NH 03857 |
| Liselle Dufort | 15 Sunapee St, Newport, NH 03773 |

| | |
|---|---|
| Mary-Jo McCullough | 2 Town Hall Rd, Newton, NH 03858 |
| Susan Buchanan | 233 Atlantic Ave, North Hampton, NH 03862 |
| Marisa Russo | 818 1st Tpke, Northwood, NH 03261 |
| Lori Anderson | 139 Stage Rd, Nottingham, NH 03290 |
| Kellie J. Skehan | 55 Main St, Center Osipee, NH 03814 |
| Dorothy Marsden | 6 Village Grn, Pelham, NH 03076 |
| James F. Goff | 311 Pembroke St, Pembroke, NH 03275 |
| Linda Guyette | 1 Grove St, Peterborough, NH 03458 |
| Erica Anthony | 85 Main St, Pittsfield, NH 03263 |
| Martha Fowler | 145 Main St, Plastow, NH 03865 |
| Josie Girona Ewing | 6 Post Office Sq Ste 1, Plymouth, NH 03264 |
| Kelli Barnaby | 1 Junkins Ave, Portsmouth, NH 03801 |
| Alyssa Richard | 4 Epping St, Raymond, NH 03077 |
| Kelly Walters | 31 Wakefield St Ste 105, Rochester, NH 03867 |
| Daniel Cullity | 667 Main St, Rollinsford, NH 03869 |
| Susan Wall | 33 Geremonty Dr, Salem, NH 03079 |
| Juliana (Julie) Lonergan | 573 Sanborn Road, Sanbornton, NH 03269 |
| Dawn Nicolaisen | 320 Main St, Sandown, NH 03873 |
| Cheryl Bowen | 99 Lafayette Rd, Seabrook, NH 03874 |
| Johnathan Slaven | 1 Government Way, Somersworth, NH 03878 |
| Pixie Hill | 750 Main St, Springfield, NH 03284 |
| Karen E. Bell | 1450 Route 123, North Stoddard, NH 03464-4153 |

| | |
|---|---|
| Kitty Kerner | 12 Mountain View Dr, Strafford, NH 03884 |
| Deborah Bakie | 10 Bunker Hill Ave, Stratham, NH 03885 |
| Betty H. Ramspott | 23 Edgemont Rd, Sunapee, NH 03782 |
| Heather Estrella | 620 Old Homestead Hwy, Swanzey, NH 03446 |
| Kimberly I. Noyes Tram | 84 Main St, Tamworth, NH 03886 |
| Pamela White | 16 Merrill Access Rd, Thornton, NH 03285 |
| Kimberly Sowles | 257 Main St, Tilton, NH 03267 |
| Valerie J. Ward | 2 High St, Sanbornville, NH 03872 |
| Megan Hansson | 34 Elm St, Walpole, NH 03608 |
| Maureen Billodeau | 15 Flanders Memorial Rd, Weare, NH 03281 |
| James Tetreault | 1 Richmond Rd, Winchester, NH 03470 |
| Patricia Waterman | 88 S Main St, Wolfeboro, NH 03894 |
| Judy Welch | 165 st River Rd, North Woodstock, NH 03262 |

Statement of Claim:

1) A legislative act in 2021, SB43, required an audit of the New Hampshire 2020 elections in the town of Windham New Hampshire after a hand recount revealed vote flipping on four candidate races. An audit of the Accuvote machines was to take place in May 2021. Memory cards are a critical component of the Accuvote election machines and retain tabulated results of all election related records. They were to be part of the audit to validate their tabulation performance and the presence of potential malware. The potential to place malware on an Accuvote memory card was personally demonstrated by lead Auditor Harri Hursti in the documentary *Hacking Democracy* whereby with just the memory card in his possession prior to being placed in the Accuvote machine, Hursti was able to manipulate vote totals.

   The New Hampshire memory cards are programmed by LHS Associates independent of state programming review, are unique by town and contain all race history. Memory cards being the central calculator of ballot counts are the foundation for determining the race position of every candidate in New Hampshire. Succinctly, the memory cards memorialize the winners and the losers in towns that use LHS Associates owned or managed voting machines. The preservation of this election data and evaluation of the memory card of its programming details during the Windham audit was critical for confidence in the results of the Windham as well as all other towns counted by Accuvote machines within New Hampshire.

   During a Windham selectman meeting on March 1, 2021, Jeff Silvestro, CEO of LHS Associates confirmed to the town selectman that the audit plan was to make copies of the

four machine memory cards to preserve the data from the 2020 election through the 22 month retention window ending September 3, 2022. Without a copy, there would be no other way to preserve the election data. Jeff Silvestro's video testimony is in Exhibit A. In May of 2021, Jeff Silvestro, an agent of the town of Windham and an agent of the State of New Hampshire provided instructions to the lead auditor, Harri Hursti, who knowingly deleted and destroyed the data from the 2020 election by resetting the - memory cards to "pre- election status" *without* making a copy of the cards. Hursti was aware that resetting the memory cards in the Windham audit would in fact remove the data and any malware present that may have played a part in manipulating vote totals. Exhibit B is Hursti' s sworn affidavit used in a 2016 Wisconsin hearing where he states *"Manipulation of memory card can be persistent or "one- time" meaning if the card is reset but not reprogrammed, the card will be "clean" and the hack will not work until the card is reprogrammed again."*

LHS Associates, an agent of the State of New Hampshire, defined the audit process and specifications for the devices to be audited (a brazen conflict of interest in any industry). During the audit, Harri Hursti, the contracted voting machine "expert" and lead auditor, instructed the Windham audit team to use the LHS directions during the machines audit. These instructions were to reset the memory cards to pre-election status and to refrain from making a copy of the memory cards which would have preserved the election history. The video showing Hursti instructing the audit team with the LHS instructions is found in Exhibit C. An image of the auditors utilizing the LHS supplied instructions can be found in Exhibit D.

LHS procedures and Hursti's direction caused the complete erasure of Windham election data without preservation. This instruction was given for all four machines used in Windham for the 2020 election. Exhibit D is a photo of the machine tapes from the Windham audit demonstrating the memory cards were reset wiping the election data from the card.

The willful act detailed above violated 42USC1974 and 52 USC20701, for the required preservation of election evidence through September 3, 2022 and also was the willful destruction of election evidence, a violation described in 52USC20702.

42 USC §1974. Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation
*Every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election* of which candidates for the office of President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election, except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State or the Commonwealth of Puerto Rico designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.

( Pub. L. 86–449, title III, §301, May 6, 1960, 74 Stat. 88 .)

Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.

( Pub. L. 86–449, title III, §301, May 6, 1960, 74 Stat. 88 .)

52 USC §20701. Retention and preservation of records and papers by officers of elections; deposit with custodian; penalty for violation
*Every officer of election shall retain and preserve, for a period of twenty-two months from the date of any general, special, or primary election* of which candidates for the office of

President, Vice President, presidential elector, Member of the Senate, Member of the House of Representatives, or Resident Commissioner from the Commonwealth of Puerto Rico are voted for, all records and papers which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election, except that, when required by law, such records and papers may be delivered to another officer of election and except that, if a State or the Commonwealth of Puerto Rico designates a custodian to retain and preserve these records and papers at a specified place, then such records and papers may be deposited with such custodian, and the duty to retain and preserve any record or paper so deposited shall devolve upon such custodian. Any officer of election or custodian who willfully fails to comply with this section shall be fined not more than $1,000 or imprisoned not more than one year, or both.

(Pub. L. 86–449, title III, §301, May 6, 1960, 74 Stat. 88.)

52 USC 20702: Theft, destruction, concealment, mutilation, or alteration of records or papers; penalties
*Any person, whether or not an officer of election or custodian, who willfully steals, destroys, conceals, mutilates, or alters any record or paper required by section 20701 of this title to be retained and preserved shall be fined not more than $1,000 or imprisoned not more than one year, or both.* (Pub. L. 86–449, title III, §302, May 6, 1960, 74 Stat. 88.)

2) The State of New Hampshire government defendants consisting of the Governor, the Prior Secretary of State, Current Secretary of State, Named Town Clerks and LHS Associates did not retain the election records for the federally required 22 months through September 3, 2022 and allowed the destruction of the digital election records of the 2020 election by :

a. Physically returning the voting machine memory cards statewide to LHS Associates who subsequently wiped the cards clean of the 2020 election data. Exhibit F is a sample of the 138 emails received from the town clerks confirming the memory cards which held the 2020 election data were returned to LHS and not retained by the town.

b. Overwriting the 2020 election data on an election machine memory cards does not absolve the responsibility of maintaining the election evidence for twenty two months as detailed in 42USC1974 and 52 USC20701. Exhibit G is an email exchange between Lavern Fucci

Deputy Town Clerk and Dean Shankle, Town Administrator and Nancy Demers Town Clerk of Amherst New Hampshire where she explains that LHS associates had wiped 2020 election data from the memory cards the town had returned to them after calling for confirmation that it had been preserved per the 22 month federal requirements.

Exhibit H includes 91A email exchange with a Deputy Town Clerk Fucci including memory card images displaying identical serial numbers used for three successive elections starting with the 2020 primary and two subsequent elections proving the data for those elections had been erased and replaced by LHS Associates. The action of resetting and overwriting the election machine memory cards state wide, and deleting all digital election data is clearly the destruction of election evidence and a violation of Federal retention laws 42USC1974 and 52 USC20701 and the destruction of record statute 52USC20702.

Exhibit H is an email from Secretary of State Attorney "Bud" Orville Fitch indicating it is the position of New Hampshire is that printed paper tapes are the only 22 month record requirement for the Accuvote election machines. It is clear in the federal statue the intent is for election officials to retain and preserve *"records and papers all which come into his possession relating to any application, registration, payment of poll tax, or other act requisite to voting in such election,"* per 53 USC20701 & 42 USC1974 and hence is not limited to printed tapes. 44 U.S. Code § 3301 defines records as *"all recorded information, regardless of form or characteristics, made or received by a Federal agency under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization,*

*functions, policies, decisions, procedures, operations, or other activities of the United States Government or because of the informational value of data in them"*

7. **Jurisdiction** is proper in this Court since all defendants except defendant Harri Hursti are government officials in the state of New Hampshire. Jurisdiction is proper in this court for defendant Harri Hursti since his unlawful action occurred within New Hampshire. In the case of defendant clerks jurisdiction since their official title is found in New Hampshire Title LXIII ELECTIONS Chapter 652, General Provisions, and "652:14 Election Officer. – "Election officer" shall mean any moderator, deputy moderator, assistant moderator, *town clerk*, deputy town clerk, city clerk, deputy city clerk, ward clerk, *selectman*, supervisor of the checklist, registrar, or deputy registrar."

8. **Venue** is proper because each defendant is an election officer (Officer of Elections) or a "custodian" as enshrined in 42USC1974 and 52USC20701 or an individual acting as agents of an Election Officer(s) (Officer of Elections) within the State of New Hampshire or a subdivision thereof.

## RELIEF SOUGHT

A.

Plaintiff seeks to EMERGENCY IMJUNCTIVE RELIEF to preserve all remaining election records from the November 3, 2020 election, which includes but not limited to physical ballots, physical memory cards and all stored information related to the conduct of/chain of custody for the 2020 New Hampshire federal election, digital scans of all ballots and records used to tabulate the 2020 New Hampshire federal election. Plaintiff seeks access to physical memory cards that stored information related to the results and tabulation of the 2020 election.

B.

Plaintiff seeks declaration by this court that defendants violated federal retention laws 42USC1974, 52USC20701, 52USC20702.

C.

Plaintiff seeks declaration by this court to order a full physical and cyber forensic examination of machines, ballots and peripheral objects related to the conduct of the 2020 New Hampshire federal election by a qualified expert of plaintiff's choice.

D.

Plaintiff seeks the removal of all electronic voting machines and devices from all future New Hampshire elections.

E.

Plaintiff seeks any such other relief that the court may deem necessary or proper.

Date: 9/1/22

Signature: Brenda Towne

Name: Brenda Towne

(Typed or Printed)

Address: 23 Sunset Rd

EAST WAKefield NH 03830

Telephone No. 603-327-7336

52 USC 20701-Affidavits

**Jury Demand:**

x Check this box if you are requesting a jury trial (if you want a jury of your peers to decideyour case).

☐ Check this box you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

9/1/22
_______________________________
Date

_______________________________
Signature of Plaintiff